JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. CALVERT,<br><br>    Petitioner,<br><br>    v.<br><br>L.J. MILUSNIC, Warden,<br><br>    Respondent. | Case No. CV 13-7335-RGK (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 5, 2014

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE